IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIE-LOUISE WEITNAUER,                     No   C-04-5506 VRW

    Petitioner,                             ORDER TO SHOW CAUSE

    v

COOLEY GODWARD, LLP et al,

    Respondents.
_____/

    Petitioner has filed a petition, Doc #1, and motion, Doc #3, to perpetuate testimony.  The motion is set for hearing on June 2, 2005, at 2:00 pm.  Respondents have failed to oppose or appear in the time prescribed by Civ L R 7-3(a).  Accordingly, respondents are ORDERED TO SHOW CAUSE in writing by June 1, 2005, why the petition should not be granted.  If they do not oppose the petition

/

/

/

/

/

being granted by default, respondents need not appear.  The hearing set for June 2, 2005, is VACATED.

IT IS SO ORDERED.



VAUGHN R WALKER

United States District Chief Judge